## IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : No. 3064 Disciplinary Docket No. 3 |
| Petitioner | : 68 DB 2024 |
| v. | : Attorney Registration No. 324175 |
| ANTHONY DARNELL COX, JR., | : (Dauphin County) |
| Respondent | : |

### ORDER

**PER CURIAM**

    **AND NOW,** this 26th day of July, 2024, the Joint Petition to Temporarily Suspend an Attorney is granted. Anthony Darnell Cox, Jr., is placed on temporary suspension, see Pa.R.D.E. 208(f), and shall comply with the provisions of Pa.R.D.E. 217.

A True Copy Nicole Traini
As Of 07/26/2024

Attest: _Nicole Traini_
Chief Clerk
Supreme Court of Pennsylvania