# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br>ANTHONY DARNELL COX | :<br>:<br>:  4:24-MC-631<br>: |

## ORDER

### AUGUST 7, 2024

**WHEREAS**, on July 26, 2024 the Supreme Court of Pennsylvania ordered that Anthony Darnell Cox be temporarily suspended from the practice of law;

**IT IS HEREBY ORDERED**, pursuant to Middle District of Pennsylvania Local Rule 83.21.2, that Anthony Darnell Cox inform the Court within thirty (30) days of the date of this Order of any claim he wishes to present that the imposition of identical discipline by this court would be unwarranted; and

**IT IS ALSO ORDERED** that the Clerk of Court forward by registered or certified mail both a copy of this Order and a copy of the July 26, 2024 Order of the Supreme Court of Pennsylvania to Anthony Darnell Cox at the address he most recently registered with the Clerk.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge