# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE ANTHONY DARNELL COX** | File Nos.: 4:24-MC-631 |
| vs. | |

FILED
SCRANTON

AUG 26 2024

PER _____
DEPUTY CLERK

## RESPONSE TO THIS COURT'S AUGUST 7, 2024 ORDER

Please accept this as a formal response to this Court's August 7, 2024 requesting me pursuant to Local Rule 83.21.2 inform this Honorable Court of any claims that I wish to present that the imposition of identical discipline by this court be unwarranted.

At this time, I only have one active matter before this Honorable Court, which is Darin Smith and Julia Smith on behalf of A.S. et al v. St. Margaret Mary School in docket no. 1:24-cv-00156-DFB. I do not contest this Court implicating identical discipline to run parallel with the temporary suspension. My only request is for consideration of this Court letting me at least conclude the aforementioned matter or implementing identical discipline in a limited way that allows me to not enter my appearance on any other matters or not handle any other matters due to identical discipline, but be given the limited opportunity and/or grace period to conclude my representation in the above matter and the above matter only. I only ask this because these clients are not in the best financial position to find new counsel and I would like to at least have the opportunity to close this matter out if possible.

All in all, I am grateful for this Court and accept whatever consequences this Court wishes to implement. I am not contesting any identical discipline, but did want to at least

make the above courtesy request for consideration. I am understanding if that is not possible.

Thank you for allowing me to submit this request.

                                          Respectfully Submitted,

Date: August 22, 2024                    By: _____

                                              Anthony D. Cox Jr., Esquire
                                              Attorney I.D. No. 324175
                                              384 Henley Drive
                                              Exton, PA 19341

235 / 1d

ORIGIN ID:NMZA  (757) 277-8502
ANTHONY COX
2468 MAGNOLIA TER
HARRISBURG, PA 17110
UNITED STATES US

SHIP DATE: 23AUG24
ACTWGT: 0.10 LB
CAD: 6570544/ROSA2550

TO **US DISTRICT COURT**
**ATTN: COURT CLERK**
**235 N WASHINGTON AVE**

**SCRANTON PA 18501**
(000) 000-0000    REF:
INV:
PO:    DEPT:



FedEx Express

E

REL# 3785346

TUE - 27 AUG 5:00P
** 2DAY **

TRK# 7781 5772 1565
0201

**Envelope**
**Recycle me.**

4Z SCRAG

18501
PA-US ABE